IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRILYN HARRIS and <br> KOLBY HARRIS, <br><br> Plaintiffs, <br><br> <br> METROPOLITAN GOVERNMENT OF <br> NASHVILLE AND DAVIDSON <br> COUNTY and GENESIS LEARNING <br> CENTERS, <br><br> Defendants. | ) <br> ) <br> )    NO. 3:08-0859 <br> )    JUDGE HAYNES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motions to dismiss (Docket Entry Nos. 15 and 17) are **GRANTED**. Plaintiffs claims under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1401 et seq., are **DISMISSED without prejudice** for lack of jurisdiction. Plaintiffs' remaining claims are **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ____26____ day of February, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge